LEONA DeRAAY, Appellant, *v.* BERNARD DeRAAY, Respondent.

Argued May 16, 1939; decided May 31, 1939.

*Edward C. Weinrib* and *Kalman I. Nulman* for appellant.

*George J. Gross* and *Aaron H. Walowit* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.